UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MARISOL COLON ORTIZ, et als.,**
Plaintiffs

**CIVIL NO. 03-1989(DRD)**

v.

**MUNICIPALITY OF SAN JUAN, et als.,**
Defendants

| MOTION | RULING |
|---|---|
| **Date Filed:** 03/30/06<br>[X] **Plff**   [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>**(Docket No. 103)** | **GRANTED.** Plaintiff's notice of voluntary dismissal as to Mayor Jorge Santini, in his personal capacity, is hereby **GRANTED.**<br><br>Partial Judgment will be issued accordingly. |

                                             S/ Daniel R. Dominguez
                                             **DANIEL R. DOMINGUEZ**
**Date**: **April 21, 2006**                **U.S. District Judge**